FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

2018 APR 23 PM 2:22

CASE NO.: 6:18-CV-635-ORL-37-KRS

LORI GORGONE,

    Plaintiff,

vs.

FLORIDA DISCOUNT DRUGS, INC. d/b/a
TAYLOR'S PHARMACY, a Florida For
Profit Corporation,

    Defendant.
_____/

## DEFENDANT'S NOTICE OF REMOVAL

COMES NOW, Defendant, FLORIDA DISCOUNT DRUGS, INC. d/b/a TAYLORS PHARMACY, Florida For Profit Corporation ("Defendant"), by and through its undersigned counsel and pursuant to 28 U.S.C. §1441 and §1446 and Local Rule 4.02 of the United States District Court for the Middle District of Florida, and files this Notice of Removal of the above-styled action from the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida, in which it is now pending and states:

### STATEMENT OF GROUNDS FOR REMOVAL

1. On or about March 23, 2018, Plaintiff, LORI GORGONE, commenced the above-styled action against Defendant in the Circuit Court for the Ninth Judicial Circuit, in and for Orange County, Florida, bearing the case number 2018-CA-003035-O.

2. Defendant received a copy of Plaintiff's Complaint and the Summons on or about April 3, 2018.

3. Pursuant to 28 U.S.C. § 1446(b), this notice has been timely filed.

4. The controversy herein between the Plaintiff and Defendant are claims alleging that Defendant violated the Fair Labor Standards Act, 29 U.S.C. §210, *et. seq.*, ("FLSA").

5. This Court has original jurisdiction of this action under 28 U.S.C. § 1331 as this action arises under the Constitution, laws, or treaties of the United States. *See* FLSA 29 U.S.C. §210, *et. seq.*, This action may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1441.

6. In accordance with 28 U.S.C. §1446 and Local Rule 4.02, true and legible copies of all process, pleadings, orders, and other papers or exhibits on file in the state court action have been provided to the Clerk of Court for this Court via C.D.

7. Defendant is the only party in interest properly joined and served as a Defendant.

WHEREFORE, Defendant, FLORIDA DISCOUNT DRUGS, INC. d/b/a TAYLORS PHARMACY, Florida For Profit Corporation, respectfully requests that this action, filed in the Circuit Court for the Ninth Judicial Circuit, in and for Orange County, Florida, be removed to the United States District Court, Middle District of Florida, Orlando Division.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via CM/ECF and/or electronically to Carlos Leach, Esq., The Leach Firm, 1950 Lee Road, Suite 213, Winter Park, FL 32789 (cleach@theleachfirm.com) this 23rd day of April, 2018.

*Deborah A. Catalano*
Deborah A. Catalano, Esquire
Florida Bar No.: 826995
Nicole E. Cuccaro, Esquire
Florida Bar No.: 0289935
ZIMMERMAN, KISER & SUTCLIFFE, P.A.
315 E. Robinson St., Suite 600 (32801)
P.O. Box 3000
Orlando, FL  32802
Telephone:  (407) 425-7010
Facsimile:  (407) 425-2747
Counsel for Defendant
Trial Counsel
dcatalano@zkslawfirm.com
ncuccaro@zkslawfirm.com
service@zkslawfirm.com

DAC/jbc

[13340-1/6708008/4]                          3